October 22, 2013



# JUDGMENT

## The Fourteenth Court of Appeals

TERRACON CONSULTANTS, INC. D/B/A TERRACON CONSULTING
ENGINEERS & SCIENTISTS, Appellant

NO. 14-13-00602-CV                    V.

THE ALAMEDA ON VEGAS VERDES ASSOCIATION, A NEW MEXICO
NON-PROFIT ASSOCIATION, Appellee

_____

Today the Court heard the parties joint motion to dismiss the appeal from the order signed by the court below on June 21, 2013. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that each party shall pay its costs by reason of this appeal.

We further order that mandate be issued immediately.

We further order this decision certified below for observance.